THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM MACKENZIE,<br><br>                      Plaintiff,<br><br>   vs.<br><br>USAA CASUALTY INSURANCE COMPANY;<br><br>                      Defendant. | CASE NO. 2:24-cv-00298<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DOCUMENTS RELEVANT TO USAA'S EMPLOYEE TRAINING, PERFORMANCE, AND BONUS PLANS/PROGRAMS |

THIS MATTER came on for hearing on Plaintiff's Motion to Compel Production of Documents relevant to USAA's employee training, performance, and bonus plans and programs. Defendant did not file an opposition to the motion. Plaintiff's Motion to Compel Production of Documents in Response to Plaintiff's initial discovery requests is therefore GRANTED. Defendant USAA shall produce the requested documentation within 21 days of this order, subject to Defendant's unopposed Protective Order entered in conjunction with this order.

DATED this 9th day of October, 2024.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DOCUMENTS -1