UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| TOM MACKENZIE,<br><br>                  Plaintiff,<br>       v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>                  Defendant. | CASE NO. 2:24-cv-00298<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF AS TO EXPERT DEPOSITIONS ONLY** |

Plaintiff Tom Mackenzie ("Plaintiff") and Defendant USAA Casualty Insurance Company ("USAA CIC") hereby agree and stipulate as follows:

WHEREAS the Court's Order Setting Trial Dates and Related Dates (ECF No. 11) sets the fact and expert discovery cutoff for April 11, 2025;

WHEREAS the parties have engaged in fact discovery including written discovery and depositions, and have additional depositions of fact witnesses set in the coming weeks;

WHEREAS the parties have reciprocally disclosed their expert witnesses;

WHEREAS the parties have agreed to attend Mediation in an attempt to resolve the matter outside of Trial, and Mediation has been set for April 8, 2025;

WHEREAS the parties have conferred and agreed there is a greater chance the matter may resolve at the upcoming Mediation if the parties are not compelled to incur the expense associated with the depositions of expert witnesses;

**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF AS TO EXPERT DEPOSITIONS**
Case No. 2:24-cv-00298 – Page 1

DKM Law Group, LLP
1700 7th Ave., Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518

WHEREAS the parties have conferred and agreed modifying the current discovery cutoff only as to the depositions of expert witnesses would not otherwise impact the Trial date or pre-trial filing deadlines set by the Court, or prejudice either party;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE, through their respective counsel, that the deadline for expert witness depositions be continued to <u>May 26, 2025</u>, and all other discovery shall be completed by April 11, 2025.

Dated: March 31, 2025              **DKM LAW GROUP, LLP**

By   */s/Brian R. Davis*
　　BRIAN R. DAVIS (WSBA No. 53414)
　　BRD@dkmlawgroup.com
　　JESSICA J. ROSS (WSBA No. 55290)
　　JJR@dkmlawgroup.com
　　1700 7th Ave, Suite 2100
　　Seattle, WA 98101
　　Attorneys for Defendant
　　USAA CASUALTY INSURANCE COMPANY

Dated: March 31, 2025              **RUSSELL & HILL, PLLC**

By: /s/*Brandon K. Batchelor*
　　BRANDON K. BATCHELOR
　　brandon@russelandhill.com (WSBA No. 42477)
　　JACLYN J. GADDY (WSBA No. 45805)
　　jaclyn@russelandhill.com
　　Russell & Hill, PLLC
　　3811-A Broadway
　　Everett, WA 98201
　　Attorneys for Plaintiff
　　TOM MACKENZIE
　　*Signed with permission*

**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF AS TO EXPERT DEPOSITIONS**
Case No. 2:24-cv-00298 – Page 2

DKM Law Group, LLP
1700 7th Ave., Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518

## ORDER

1. The depositions of all expert witnesses shall be taken no later than May 26, 2025.

2. All other discovery shall be completed no later than April 11, 2025.

IT IS SO ORDERED.

DATED this 31st day of March, 2025.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION AND ORDER TO
CONTINUE DISCOVERY CUTOFF AS
TO EXPERT DEPOSITIONS
Case No. 2:24-cv-00298 – Page 3

DKM LAW GROUP, LLP
1700 7th Ave., Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518